NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAUL, | Case No.: 2:22-cv-03039-ODW-E |
| Plaintiff, | District Judge: Otis D. Wright, II |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JAMES PAUL ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed Ford will pay $13,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to satisfy reasonable fees, costs and expenses for $13,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff within 60 days of entry of this Order.

**IT IS SO ORDERED.**

August 8, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE